# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ORIG...

DIVAKAR REDDY GURRAM, individually,
plaintiff,

v.

Emilio T. Gonzalez, Director of the U.S. Citizenship and Immigration Services,
Alberto R. Gonzalea, as Attorney of the United States,
Michael Chertoff, in his Official Capacity, Secretary, United States
Department of Homeland Security, Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 3531 JL

TO: (Name and address of defendant)

Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Office Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK ANNA SPRINKLES

DATE JUL 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | 7. 20, 2007 |
| Name of SERVER | TITLE  Proof of Service |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): I served Alberto R. Gonzales via certified first class mail on July 16, 2007.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7. 20, 2007
Date

Signature of Server: Trang Li

Address of Server: P.O. Box 1351, Alhambra, CA 91802

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

■ COMPLETE THIS SECTION

■ ete items 1, 2, and 3. Also complete
if Restricted Delivery is desired.
your name and address on the reverse
at we can return the card to you.
ch this card to the back of the mailpiece,
on the front if space permits.

ticle Addressed to:

lberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

2. Article Number
(Transfer from service label)
7007 0220 0001 9810 7257

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Ronald _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
JUL 1 6 2007
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Law Office of Daniel Huang
P.O. Box 1351
Alhambra, CA 91802-1351

Gurrany Divakar