SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVAKAR REDDY GURRAM,<br><br>            Plaintiff,<br><br>      v.<br><br>EMILIO T. GONZALEZ, Director of the<br>U.S. Citizenship and Immigration Services;<br>ALBERTO R. GONZALES, as Attorney General<br>of the United States;<br>MICHAEL CHERTOFF, in his Official<br>Capacity, Secretary, United States Department<br>of Homeland Security;<br><br>            Defendants | No. C 07-3531 JL<br><br>**PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

///

///

Parties' Consent to Magistrate Jurisdiction
C07-3531 JL

| | |
|---|---|
| 1  Date: September 10, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | _____/s/_____<br>MELANIE L. PROCTOR |
| 5 | Assistant United States Attorney<br>Attorneys for Defendants |
| 8  Date: September 10, 2007 | _____/s/_____<br>DANIEL T. HUANG<br>Attorney for Plaintiff |

Parties' Consent to Magistrate Jurisdiction
C07-3531 JL                                              2