SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVAKAR REDDY GURRAM, <br><br> Plaintiff, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; ALBERTO R. GONZALES, as Attorney General of the United States; MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; <br><br> Defendants | No. C 07-3531 JL <br><br> **STIPULATION TO EXTEND DATES and [PROPOSED] ORDER** |

The plaintiff, by and through his attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about July 6, 2007. The Defendants response is due on September 10, 2007.

2. Pursuant to this Court's July 6, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on October 3, 2007, and attend a case management conference on October 10, 2007.

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

Stip. to Extend Dates
C07-3531 JL

1 | case and/or Answer and prepare a joint case management statement, the parties hereby respectfully
2 | ask this Court to extend the dates in the Court's scheduling order as follows:

3 | Defendants' Response: October 10, 2007
4 | Last day to file Joint ADR Certification: October 17, 2007
5 | Last day to file/serve Joint Case Management Statement: October 31, 2007
6 | Case Management Conference: November 7, 2007, at 10:30 a.m.

Date: September 10, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants


Date: September 10, 2007          _____/s/_____
DANIEL T. HUANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 11, 2007

JAMES LARSON
United States Magistrate Judge

Stip. to Extend Dates
C07-3531 JL                                  2