| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 <br> United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 <br> Assistant United States Attorney |
| 3 | Chief, Civil Division <br> MELANIE L. PROCTOR, CSBN 228971 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 <br> San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6730 <br> FAX: (415) 436-6927 |
| 7 | |
|   | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DIVAKAR REDDY GURRAM, | ) | No. C 07-3531 JL |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO EXTEND DATES and** ~~**[PROPOSED]**~~ **ORDER** |
| EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; ALBERTO R. GONZALES, as Attorney General of the United States; MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; | ) | |
| Defendants | ) | |

The plaintiff, by and through his attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about July 6, 2007.  The Defendants response is due on September 10, 2007.

2. Pursuant to this Court's July 6, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on October 3, 2007, and attend a case management conference on October 10, 2007.

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

Stip. to Extend Dates
C07-3531 JL

case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendants' Response: | October 10, 2007 |
| Last day to file Joint ADR Certification: | October 17, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 31, 2007 |
| Case Management Conference: | November 7, 2007, at 10:30 a.m. |

Date: September 10, 2007                Respectfully submitted,

                                               SCOTT N. SCHOOLS
                                               United States Attorney

                                               /s/
                                             MELANIE L. PROCTOR
                                             Assistant United States Attorney
                                             Attorneys for Defendants

                                             /s/
Date: September 10, 2007               DANIEL T. HUANG
                                             Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 11, 2007

JAMES LARSON
United States Magistrate Judge

Stip. to Extend Dates
C07-3531 JL                               2