SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVAKAR REDDY GURRAM,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILIO T. GONZALEZ, Director of the<br>U.S. Citizenship and Immigration Services;<br>ALBERTO R. GONZALES, as Attorney General<br>of the United States;<br>MICHAEL CHERTOFF, in his Official<br>Capacity, Secretary, United States Department<br>of Homeland Security;<br><br>    Defendants | No. C 07-3531 JL<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status.

///

///

///

///

STIPULATION TO DISMISS
C07-3531 JL

1    Each of the parties shall bear their own costs and fees.

2   Dated: September 18, 2007                            Respectfully submitted,

3                                                   SCOTT N. SCHOOLS
United States Attorney

6                                                   /S/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants

9   Dated: September 17, 2007                                     /S/
DANIEL HUANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                                                      
JAMES LARSON
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C07-3531 JL                                 2